# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PRENTIS RUPERT,
ADC #140061                                                      PLAINTIFF

V.                                 3:11-CV-00194-BRW

CHRIS POE, Officer,
Jonesboro Police Department, et al.                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for

failing to state a claim upon which relief may be granted.  Further, the Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this

Judgment and the accompanying Order would not be taken in good faith.  Finally,

dismissal constitutes as a "strike," as defined by 28 U.S.C. § 1915(g).

Dated this 7th day of October, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE